UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-21581-CIV-WILLIAMS

UNITED STATES OF AMERICA
ex rel. RICARDO L. PEREZ, M.D.,

       Plaintiffs,

VS.

EFRAIN H. GONZALEZ, M.D., et al,

       Defendants.
_____ /

## ORDER

**THIS MATTER** is before the Court on the United States' notice that it is declining to intervene. (DE 16). The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby **ORDERED AND ADJUDGED** as follows:

1. The complaint shall be unsealed and served upon the Defendants by the Relator.

2. All other contents of the Court's file in this action shall remain under seal and shall not be made public or served upon the defendant, except for this Order and the Government's Notice of Election to Decline Intervention, which the Relator will serve upon the Defendants only after service of the complaint.

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court shall be sent to the United States.

7. Should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

8. Within one week of service of the last-served Defendant, Relator shall request that the Court set a status conference.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 3rd day of July, 2019.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE